**Opinion issued December 21, 2021**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-20-00029-CV**

_____

**SUE JANELL MOREFIELD, Appellant**

**V.**

**SOUTHERN CONCRETE RAISING, INC., WILLIAM HOLMES,
AND TY STRICKLIN, Appellees**

---

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Case No. 1119842**

---

**MEMORANDUM OPINION**

Appellant, Sue Jane Morefield, has failed to timely file a brief. *See* TEX. R.

APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant

to file brief). After being notified that this appeal was subject to dismissal, appellant

did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Farris.